UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MICHAEL STALKER,

    Plaintiff,

-v-

ANDREW SAUL,
Commissioner Of Social Security,

    Defendant.

Civil Action No. 19-CV-00205

**CONSENT ORDER TO REMAND UNDER SENTENCE 4 OF 42 U.S.C. § 405(g)**

    This matter having been opened to the Court by Grant C. Jaquith, United States Attorney for the Northern District of New York, attorney for Defendant, Jean Del Colliano, Special Assistant United States Attorney, of counsel, for an Order remanding the within cause of action to the Defendant under the fourth sentence of 42 U.S.C. § 405(g), so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

    IT IS on this __16__ day of __August__, 2019;

    ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for further administrative action; and it is further

ORDERED that the clerk of the Court shall enter judgment in favor of the Plaintiff and against the Defendant, after which, the matter shall be considered DISMISSED with prejudice.

_____
HON. DAVID E. PEEBLES
U.S. Magistrate Judge

The undersigned hereby consent to the form and entry of the within order:

Dated: August 13, 2019

                    Grant C. Jaquith
                    United States Attorney

        By:    /s/ *Jean Del Colliano*
                    Jean Del Colliano
                    Special Assistant U.S. Attorney
                    Attorney for Defendant

Dated: August 13, 2019

                    Peter A. Gorton

        By:    /s/ *Peter A. Gorton*
                    Peter A. Gorton
                    Attorney for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL STALKER,<br><br>    Plaintiff,<br><br>  -v-<br><br>ANDREW SAUL<br>Commissioner Of Social Security,<br><br>    Defendant. | Civil Action No. 19-CV-00205<br><br>**FINAL JUDGMENT** |

This matter having been REMANDED and DISMISSED by the Court upon stipulation of the parties pursuant to 42 U.S.C. § 405(g) and in conformity with Fed. R. Civ. P. 58,

IT IS, on this _____ day of _____, 2019,

ORDERED and ADJUDGED that the within matter be, and hereby is REMANDED for further proceedings and DISMISSED.

_____
HON. DAVID E. PEEBLES
U.S. Magistrate Judge