VERNON NORWOOD
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212) 264-9471
vernon.norwood@ssa.gov
Bar No. 513792

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MICHAEL STALKER,

                Plaintiff,

                                              Civil Action No.
      v.                                    3:19-CV-00205 (DEP)

ANDREW SAUL,
COMMISSIONER OF SOCIAL SECURITY,    **CONSENT ORDER FOR PAYMENT**
                                Defendant.    **OF FEES PURSUANT TO THE EQUAL**
                                                             **ACCESS TO JUSTICE ACT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

      This matter having been opened to the Court by PETER A. GORTON for an Order awarding attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and it appearing that GRANT C. JAQUITH, United States Attorney, and Vernon Norwood, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding an amount of Five Thousand Seven Hundred and Seventy-Two Dollars and Twenty-Six Cents ($5,772.26) for EAJA fees and the Court having reviewed the record;

IT IS on this  26th  day of  September , 2019; ORDERED that Plaintiff be allowed an EAJA fee in the amount of Five Thousand Seven Hundred and Seventy-Two Dollars and Twenty-Six Cents ($5,772.26). The EAJA fees may be paid to Plaintiff's counsel if Plaintiff has agreed to transfer his rights to EAJA fees to his attorney and Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

                                                                         */s/ David E. Peebles*
                                                                    Honorable David E. Peebles
                                                                    United States Magistrate Judge

The undersigned hereby consent to the form and entry of the within order.

                                      Grant C. Jaquith
                                    United States Attorney

Dated: September 17, 2019

                            By:    /s/ *Vernon Norwood*
                                    Vernon Norwood
                                    Special Assistant U.S. Attorney
                                    Bar No. 513792

                                    Peter A. Gorton
                                    Lachman, Gorton Law Firm
                                    P.O. Box 89
                                    1500 East Main Street
                                    Endicott, N.Y. 13761-0089

Dated: September 17, 2019

                            By:    s/ Peter A. Gorton
                                    Peter A. Gorton, Esq.
                                    Attorney for Plaintiff